# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  **RICHARD A BIGGS**
       **AMY L BIGGS**

                            **Case No.: 19-43110-can-13**

**Debtors**

      **Non-Govermental Bar Date: February 24, 2020**
           **Governmental Bar Date: June 13, 2020**
                    **Filed Date: January 12, 2024**

## NOTICE ALLOWING CLAIM AS AMENDED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was amended, and moves that the claim be allowed as provided herein:

**Address:**
MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118

**Type:** MORTGAGE CONDUIT PAYMENT (E)

**Court Claim No.:** 25-2

**Trustee Claim No.:** 21

**Claim Filed Date:** 1/4/2024

**Special Remarks:** Direct

**Claim Amount:** $27,617.93

**Monthly Payment:** $1,066.58

**Principal Paid:** $27,617.93

**Balance Owed:** N/A

**Account:** 5370

**Percent to be Paid:** N/A

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as amended unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

January 12, 2024

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

MIDFIRST BANK (108869)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: **RICHARD A BIGGS**
**AMY L BIGGS**

**Case No.:** 19-43110-can-13

**Debtors**

**Non-Govermental Bar Date:** February 24, 2020
**Governmental Bar Date:** June 13, 2020
**Filed Date:** January 13, 2024

## NOTICE ALLOWING CLAIM AS AMENDED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was amended, and moves that the claim be allowed as provided herein:

**Address:**
MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118

**Type:** MORTGAGE ARREARAGE (PR)

**Court Claim No.:** 25-2

**Trustee Claim No.:** 49

**Claim Filed Date:** 1/4/2024

**Special Remarks:**

**Claim Amount:** $7,035.08

**Monthly Payment:** $0.00

**Principal Paid:** $2,312.69

**Balance Owed:** $4,722.39

**Account:** 5370

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as amended unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

January 12, 2024

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

MIDFIRST BANK (108869)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  **RICHARD A BIGGS**
**AMY L BIGGS**

**Case No.:** 19-43110-can-13

**Debtors**

**Non-Govermental Bar Date:** February 24, 2020
**Governmental Bar Date:** June 13, 2020
**Filed Date:** January 13, 2024

### NOTICE ALLOWING CLAIM AS AMENDED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was amended, and moves that the claim be allowed as provided herein:

**Address:**
MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118

**Type:** INITIAL POST-PETITION ARREARAGE - MORTGAGE (PR)

**Court Claim No.:** 25-2

**Trustee Claim No.:** 10,021

**Claim Filed Date:** 1/4/2024

**Special Remarks:** Direct

**Claim Amount:** $95.39

**Monthly Payment:** $0.00

**Principal Paid:** $95.39

**Balance Owed:** $0.00

**Account:** 5370

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as amended unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

January 12, 2024

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

MIDFIRST BANK (108869)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: **RICHARD A BIGGS**
**AMY L BIGGS**

              **Debtors**

Case No.: 19-43110-can-13

Non-Governmental Bar Date: February 24, 2020
Governmental Bar Date: June 13, 2020
Filed Date: January 13, 2024

## NOTICE ALLOWING CLAIM AS AMENDED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was amended, and moves that the claim be allowed as provided herein:

**Address:**
MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118

**Type:** MORTGAGE ADDITIONAL CHARGES (PR)

**Court Claim No.:** 25S1

**Trustee Claim No.:** 50

**Claim Filed Date:** 5/22/2020

**Special Remarks:**

**Claim Amount:** $4,073.50

**Monthly Payment:** $0.00

**Principal Paid:** $951.23

**Balance Owed:** $3,122.27

**Account:** 5370

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as amended unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

January 12, 2024

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

MIDFIRST BANK (108869)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: **RICHARD A BIGGS**
      **AMY L BIGGS**

              **Debtors**

Case No.: 19-43110-can-13

Non-Governmental Bar Date: February 24, 2020
Governmental Bar Date: June 13, 2020
Filed Date: January 13, 2024

## NOTICE ALLOWING CLAIM AS AMENDED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was amended, and moves that the claim be allowed as provided herein:

**Address:**
MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118

**Type:** MORTGAGE ADDITIONAL CHARGES (PR)

**Court Claim No.:** 25S2

**Trustee Claim No.:** 51

**Claim Filed Date:** 11/1/2023

**Special Remarks:**

**Claim Amount:** $300.00

**Monthly Payment:** $0.00

**Principal Paid:** $0.00

**Balance Owed:** $300.00

**Account:** 5370

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as amended unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

January 12, 2024

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

MIDFIRST BANK (108869)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim